# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151679(25)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES RODNEY PERNA,
      Defendant-Appellant.

_____/

SC: 151679
COA: 325132
Crawford CC: 2013-003572-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the Court-ordered time for filing an answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before January 25, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2016

